ACCEPTED
03-15-00252-CV
5857283
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 10:59:15 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00252-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 10:59:15 AM
JEFFREY D. KYLE
Clerk

DR. BEHZAD NAZARI, D.D.S., ET AL.,
Appellants,

v.

THE STATE OF TEXAS,
Appellee,

v.

XEROX CORPORATION, XEROX STATE HEALTHCARE, LLC F/K/A ACS STATE HEALTHCARE, LLC,
Appellees.

On Appeal from the 53rd Judicial District Court of Travis County, Texas,
Trial Court Cause Cause No. D-1-GN-14-005380

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

PLEASE TAKE NOTICE that Constance H. Pfeiffer and Christopher R. Cowan of the law firm of Beck Redden LLP, hereby enter their appearance as additional counsel for Appellees, Xerox Corporation and Xerox State HealthCare, LLC, f/k/a ACS State HeathCare, LLC:

Constance H. Pfeiffer
State Bar No. 24046627
cpfeiffer@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

Christopher R. Cowan
State Bar No. 24084975
ccowan@beckredden.com
BECK REDDEN LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
(512) 708-1000
(512) 708-1002 (Fax)


Please note that Ms. Pfeiffer will serve as lead counsel and send all communications regarding this appeal to her attention.

Respectfully submitted,

**BECK REDDEN LLP**

By:*/s/ Constance H. Pfeiffer*
    Constance H. Pfeiffer
    State Bar No. 24046627
    cpfeiffer@beckredden.com
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

    Eric J.R. Nichols
    State Bar No. 14994500
    enichols@beckredden.com
    Christopher R. Cowan
    State Bar No. 24084975
    ccowan@beckredden.com
**BECK REDDEN LLP**
515 Congress Avenue, Suite 1900
Austin, TX 78701
(512) 708-1000
(512) 708-1002 (Fax)

Robert C. Walters
State Bar No. 20820300
RWalters@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
(214) 698-3100
(214) 571-2900 (Fax)

**COUNSEL FOR APPELLEES,
XEROX CORPORATION AND XEROX
STATE HEALTHCARE, LLC, F/K/A
ACS STATE HEALTHCARE, LLC**

## CERTIFICATE OF SERVICE

I certify that on June 29, 2015, a true and correct copy of the above and foregoing Notice of Appearance of Additional Counsel was forwarded to all counsel of record by the Electronic Service Provider if registered, otherwise by email, as follows:

### *Counsel for Appellants:*

| | |
|---|---|
| Jason Ray | E. Hart Green |
| Riggs, Aleshire & Ray, P.C. | Weller, Green, Toups & Terrell, L.L.P. |
| 700 Lavaca, Suite 920 | Post Office Box 350 |
| Austin, TX  78701 | Beaumont, TX 77704-0350 |
| jray@r-alaw.com | hartgr@wgttlaw.com |

### *Counsel for Appellee State of Texas:*

| | |
|---|---|
| J. Campbell Barker | Philip A. Lionberger |
| Deputy Solicitor General | Assistant Solicitor General |
| Office of the Attorney General | Office of the Attorney General |
| P.O. Box 12548 (MC 059) | P.O. Box 12548 (MC 059) |
| Austin, TX  78711-2548 | Austin, TX  78771-2548 |
| Cam.Barker@texasattorneygeneral.gov | Philip.Lionberger@texasattorneygeneral.gov |
| | |
| Raymond Winter | Reynolds Brissenden |
| Chief, Civil Medicaid Fraud Division | Assistant Attorney General |
| Office of the Attorney General | Office of the Attorney General |
| P.O. Box 12548 | P.O. Box 12548 |
| Austin, TX 78711-2548 | Austin, TX 78711-2548 |
| raymond.winter@texasattorneygeneral.gov | reynolds.brissenden@texasattorneygeneral.gov |

/s/ Constance H. Pfeiffer
Constance H. Pfeiffer

4